ACCEPTED
03-14-00802-CR
6433464
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 4:56:14 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00802-CR

| | | |
|---|---|---|
| PEDRO ELIZONDO MARTINEZ JR. | § | IN THE COURT OF APPEALS |
| | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| v. | § | THIRD DISTRICT |
| | § | 8/10/2015 4:56:14 PM |
| | § | JEFFREY D. KYLE |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 4:56:14 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her Assistant District Attorney, John C. Prezas, and moves the Court, pursuant to Texas Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief. In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on August 10, 2015.

2. No previous extensions of time have been requested by the State or granted by this Court.

3. Appellant's brief was filed in this Court on July 10, 2015.

4. Mr. Prezas plans to file proposed findings of fact and conclusion of law in *Ex Parte Wendi Ann Tillman* 06-1062-K368 on August 14, 2015, a response to the trial court regarding a request for DNA testing in *State vs. Charles Lee* 03-798-K277 on August 18, 2015, a State's brief in *State vs. James Allen Weatherford* 03-14-00527-CR on August 31, 2015, and a State's brief in *State vs. Jim Jack Thompson* 03-14-00371-CR on September 15, 2015.

1

5. Since the previous extension was granted Mr. Prezas has made progress on researching the legal issues raised by Appellant in the instant case while also filing a State's brief in response to Appellant's pro se brief in cause *State vs. James Allen Weatherford* 03-14-00528-CR on August 3, 2015, answers and proposed findings of fact and conclusions of law in *Ex Parte Samuel Jedediah Burleson* 05-265-K277D and *Ex Parte Samuel Jedediah Burleson* 08-684-K26C, proposed findings of fact and conclusion of law in *Ex Parte Steven M. Ruiz* 12-1097-K26A, and answers in *Ex Parte Joseph Paul Mayzone* 93-070-K277A, *Ex Parte Joseph Paul Mayzone* 93-069-K277A, *Ex Parte Victor Manuel Soto* 13-1581-K26A, *Ex Parte Edwin Gus Schneider* 10-960-K26A, *Ex Parte Timothy Jerrold Kipp* 13-0658-K277A, and *Ex Parte Timothy Jerrold Kipp* 13-0622-K277A

6. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional sixty (60) days from the current due date of August 10, 2015, to October 9, 2015.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to October 9, 2015.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas


 /s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org


Certificate of Service

This is to certify that on August 10, 2015, a copy of the foregoing motion has been sent to Appellant's attorney of record, Ellic Sahualla, 600 W. 13th St., Austin, TX 78701, by eservice at ellic@sahuallalaw.com.

/s/ John C. Prezas
John C. Prezas